Stephen C. Moss, Esq.
Nevada Bar No. 0631
KREITLEIN LEEDER MOSS, LTD.
1575 Delucchi Lane, Suite 105
Reno, Nevada 89502
Telephone: (775) 786-2222
steve@klmlawfirm.com
Attorney for Defendant
*Kevin E. Sheppard*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLY FINANCIAL INC., a Delaware corporation; ALLY BANK, a Utah state-chartered bank; MOTORS INSURANCE CORPORATION, a Michigan corporation,

        Plaintiffs,

vs.

MOUNTAIN WEST AUTO GROUP LLC, a Nevada limited liability company; and KEVIN E. SHEPPARD, an individual,

        Defendants.

Case No.: 3:24-cv-00268-MMD-CLB

ORDER GRANTING
**STIPULATION TO EXTEND TIME FOR DEFENDANT KEVIN SHEPPARD TO RESPOND TO COMPLAINT**

      Defendant Kevin E. Sheppard, by and through his undersigned counsel of the KREITLEIN LEEDER MOSS, LTD. law firm, and Plaintiffs, by and through their undersigned counsel of the HUTCHISON & STEFFEN law firm stipulate that Defendant Kevin E. Sheppard is granted an extension of time to file his response in this matter to August 30, 2024.

      This stipulation is not for the purpose of delaying the prosecution of this matter. Two previous extensions of time were granted by Plaintiffs' counsel. This stipulation is in recognition of the parties' ongoing settlement discussions.

\ \ \

\ \ \

1  DATED this 15th day of August, 2024.      DATED this 15th day of August, 2024.

2

   KREITLEIN LEEDER MOSS, LTD        HUTCHISON & STEFFEN

3

4

   By:    //Stephen C. Moss            By:

5  Stephen C. Moss, Esq.            Michael R. Brooks, Esq.

    Nevada State Bar No. 0631       Nevada State Bar No. 7287

6  1575 Delucchi Lane, Suite 105     5371 Kietzke Lane

    Reno, Nevada 89502           Reno, NV 89511

7  (775) 786-2222               (775) 853-8746

8  Attorneys for Kevin E. Sheppard    Attorneys for Plaintiffs

9

10

   IT IS SO ORDERED.

11  Dated: August 16, 2024

12

13                        U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28