Stephen C. Moss, Esq.
Nevada Bar No. 0631
KREITLEIN LEEDER MOSS, LTD.
1575 Delucchi Lane, Suite 105
Reno, Nevada 89502
Telephone: (775) 786-2222
steve@klmlawfirm.com
Attorney for Defendant
*Kevin E. Sheppard*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware corporation; ALLY BANK, a Utah state-chartered bank; MOTORS INSURANCE CORPORATION, a Michigan corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST AUTO GROUP LLC, a Nevada limited liability company; and KEVIN E. SHEPPARD, an individual,<br><br>Defendants.<br>_____/ | Case No.: 3:24-cv-00268-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT KEVIN SHEPPARD TO RESPOND TO COMPLAINT** |

Defendant Kevin E. Sheppard, by and through his undersigned counsel of the KREITLEIN LEEDER MOSS, LTD. law firm, and Plaintiffs, by and through their undersigned counsel of the HUTCHISON & STEFFEN law firm stipulate that Defendant Kevin E. Sheppard is granted an extension of time to file his response in this matter to September 13, 2024.

This stipulation is not for the purpose of delaying the prosecution of this matter. Three previous extensions of time were granted by Plaintiffs' counsel. This stipulation is in recognition of the parties' ongoing settlement discussions.

\ \ \

\ \ \

DATED this 4th day of September, 2024.                    DATED this 4th day of September, 2024.

KREITLEIN LEEDER MOSS, LTD.                               SEVERSON & WERSON


By: __//Stephen C. Moss__                                 By: __//Andrew S. Elliott__
Stephen C. Moss, Esq.                                     Andrew S. Elliott, Esq.
Nevada State Bar No. 0631                                 California State Bar No. 254757
1575 Delucchi Lane, Suite 105                             595 Market Street, Suite 2600
Reno, Nevada 89502                                        San Francisco, CA 94105
(775) 786-2222                                            (415) 398-3344
steve@klmlawfirm.com                                      ase@severson.com
Attorneys for Kevin E. Sheppard                           Attorneys for Plaintiffs

### ORDER

No further extensions of time will be granted.
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ____September 4____, 2024.