MICHAEL R. BROOKS
Nevada Bar No. 7287
mbrooks@hutchlegal.com
HUTCHISON & STEFFEN
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 853-8746
Fax: (775) 201-9611

DUANE M. GECK (State Bar No. 114823) (admitted pro hac vice)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004) (admitted pro hac vice)
dhc@severson.com
ANDREW S. ELLIOTT (State Bar No. 254757) (admitted pro hac vice)
ase@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiffs
ALLY FINANCIAL INC., ALLY BANK and
MOTORS INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware corporation; ALLY BANK, a Utah state-chartered bank; MOTORS INSURANCE CORPORATION, a Michigan corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST AUTO GROUP LLC, a Nevada limited liability company; and KEVIN E. SHEPPARD, an individual,<br><br>Defendants. | Case No. 3:24-cv-00268-MMD-CLB<br><br>**ORDER FOR<br>WRIT OF ATTACHMENT** |

The Application of Plaintiffs Ally Financial Inc. ("Ally Financial"), Ally Bank (collectively Ally Financial and Ally Bank are referred to as the "Ally Parties") for an order for writ of attachment against Defendant Kevin E. Sheppard ("Sheppard"), came on by an emergency motion (application) before the Magistrate Judge Miranda M. Du, United States District Court Judge for the District of Nevada.

The Court, having reviewed the application of the Ally Parties for a writ of attachment, the supporting Affidavit of Victoria Dunn, the Affidavit of Andrew S. Elliott, the Memorandum of Points and Authorities, the Request for Judicial Notice, and hearing the arguments of Andrew S. Elliott and Stephen C. Moss, finds that the Ally Parties have established that they are entitled to the issuance of a writ of attachment, and GOOD CAUSE APPEARING THEREFORE, as follows:

1. Grounds for attachment of the real property located at 197 N. Argyle Ct, Reno, Nevada 89511 (the "Property") of Sheppard exist based upon the facts attested to in the Affidavit of Victoria Dunn and the judicially noticeable documents attached thereto.

2. The Ally Parties have established the probable validity to their claims for relief in the aggregate amount of $6,302,480.91, as set forth in the Dunn Affidavit.

3. Sheppard owns the Property. Sheppard is currently listing the Property for sale with a listing price of $2,435,000.00. The Property is currently in contract for sale. Consequently, Sheppard is about to give, assign, hypothecate, pledge, dispose of or conceal the defendant's money or property or any part thereof and the defendant's money or property remaining in this State or that remaining unconcealed will be insufficient to satisfy the Ally Parties' claim.

4. A writ of attachment shall issue directing the United States Marshal for the District of Nevada or any local or state law enforcement officer authorized to serve this writ to attach the following property of Sheppard or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment:

   a. 197 N Argyle Ct, Reno, Nevada 89511.

5. The Ally Parties are entitled to record a copy of the Writ of Attachment with the Washoe County Recorder's Office.

6. The attachment is to secure $6,302,480.91.

7. This Order shall issue immediately upon Ally's posting of a bond in the amount of $450,000.00.

8. This Order shall remain in effect until modified by further order of this Court.

IT IS SO ORDERED:

DATED this <u>17th</u> day of October, 2024

_____
The Honorable Miranda M. Du
United States District Court Judge