MICHAEL BROOKS, ESQ.
Nevada Bar No. 7287
**GHIDOTTI | BERGER LLP**
7251 W. Lake Mead Blvd., Ste 470
Las Vegas, Nevada 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
mbrooks@ghidottiberger.com

DUANE M. GECK (State Bar No. 114823) (pro hac vice)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004) (pro hac vice)
dhc@severson.com
ANDREW S. ELLIOTT (State Bar No. 254757) (pro hac vice)
ase@severson.com
**SEVERSON & WERSON, P.C.**
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorneys for Plaintiffs Ally Financial Inc.; Ally Bank ; Motors Insurance Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA-RENO DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware corporation; ALLY BANK, a Utah state-chartered bank; MOTORS INSURANCE CORPORATION, a Michigan corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MOUNAIN WEST AUTO GROUP LLC, a Nevada limited liability company; and KEVIN E. SHEPPARD, AN INDIVIDUAL,<br><br>Defendants, | Case No.:  3:24-CV-00268-MMD-CLB<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

19001.0096/16978127.1

TO: The Clerk of the court and all Parties and Their Counsel of Record.

PLEASE TAKE NOTICE, Plaintiffs, Ally Financial, Inc.; Ally Bank and Motors Insurance Corporation, hereby notify the court of a Substitution of Council.

**Former Counsel:**
Michael Brooks, Esq.,
Nevada Bar No. 7287
HUTCHISON & STEFFEN
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 853-8746
Fax: (775) 201-9611

**Substituted Counsel:**
Michael Brooks, Esq.,
Nevada Bar No. 7287
GHIDOTTI | BERGER, LLP
7251 W. Lake Mead Blvd., Ste 470
Las Vegas, Nevada 89128
Tel: (949) 427-2010
mbrooks@ghidottiberger.com

This substitution of counsel shall be effective as of April 9, 2025. All further notices and pleadings, exclusive of original process, are to be served upon substituted counsel of record.

I consent to this substitution:

April 17, 2025

By: _____/s/ *Thomas O'Brien*_____
Thomas O'Brien
Ally Financial Inc.

April 17, 2025

By: _____/s/ *Thomas O'Brien*_____
Thomas O'Brien
Ally Bank

April 17, 2025

By: _____/s/ *Peter Mellos*_____
Peter Mellos
Motors Insurance Corporation

|   |   |
|---|---|
|   | HUTCHISON & STEFFEN, PLLC |
|   | /s/*John T. Stephen* |
|   | John T. Steffen |

I am admitted to practice before this Court and I accept the above substitution.

GHIDOTTI | BERGER, LLP

April 17, 2025                              By: /s/*Michael Brooks*
                                                                Michael Brooks, Esq.,
                                                                Nevada Bar No. 7287
                                                                7251 W. Lake Mead Blvd., Ste 470
                                                                Las Vegas, Nevada 89128
                                                                Tel: (949) 427-2010
                                                                mbrooks@ghidottiberger.com

IT IS SO ORDERED.

DATED: April 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

3