MICHAEL R. BROOKS
Nevada Bar No. 7287
mbrooks@theryanfirm.com
THE RYAN FIRM
885 Tahoe Blvd. Suite A2
Incline Village, Nevada 89451
Telephone: (949) 427-2010

ANDREW S. ELLIOTT *(Pro Hac Vice)*
andrew.elliott@stinson.com
DON H. CRAM *(Pro Hac Vice)*
don.cram@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Plaintiffs Ally Financial, Inc.,
Ally Bank, and Motors Insurance Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| ALLY FINANCIAL, INC., a Delaware corporation, ALLY BANK, a Utah state-chartered bank, and MOTORS INSURANCE CORPORATION, a Michigan corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>MOUNTAIN WEST AUTO GROUP LLC, a Nevada limited liability company, and KEVIN E. SHEPPARD, an individual,<br><br>       Defendants. | Case No. 3:24-cv-00268-MMD-CLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MOUNTAIN WEST AUTO GROUP LLC WITHOUT PREJUDICE**<br><br>Judge:    Miranda M. Du |

On June 3, 2026, the Court issued an Order (the "June 3 Order") granting summary judgment in favor of plaintiffs Ally Financial Inc., Ally Bank, and Motor Insurance Corporation (collectively, "Plaintiffs") and against defendant Kevin Sheppard. Dkt. No. 91. Under the June 3 Order, it was "further ordered that Plaintiffs must take the necessary action to resolve their claims against Defendant Mountain West within 30 days of the date of this order." *Id.*

In response to the Court's directive regarding Mountain West Auto Group LLC ("Mountain West"), and pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby dismisses Mountain West without prejudice. Plaintiffs also request that the Court enter final judgment in favor of Plaintiffs and against Kevin Sheppard in the amount of $6,581,459.93.

A proposed judgment is attached as **Exhibit A** and is being lodged with the Court concurrently with this notice.

DATED:  July 2, 2026                    By:    */s/ Andrew S. Elliott*

Andrew S. Elliott, Esq.
Admitted *pro hac vice*
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105

- and -

By:    /s/ *Michael R. Brooks*

Michael R. Brooks
THE RYAN FIRM
885 Tahoe Blvd. Suite A2
Incline Village, Nevada 89451
Telephone: (949) 427-2010
Email: mbrooks@theryanfirm.com

Attorneys for Plaintiffs
ALLY FINANCIAL INC., ALLY
BANK, and MOTORS INSURANCE
CORPORATION

EXHIBIT A

MICHAEL R. BROOKS
Nevada Bar No. 7287
mbrooks@theryanfirm.com
THE RYAN FIRM
885 Tahoe Blvd. Suite A2
Incline Village, Nevada 89451
Telephone: (949) 427-2010

ANDREW S. ELLIOTT *(Pro Hac Vice)*
andrew.elliott@stinson.com
DON H. CRAM *(Pro Hac Vice)*
don.cram@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Plaintiffs Ally Financial, Inc.,
Ally Bank, and Motors Insurance Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| ALLY FINANCIAL, INC., a Delaware corporation, ALLY BANK, a Utah state-chartered bank, and MOTORS INSURANCE CORPORATION, a Michigan corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MOUNTAIN WEST AUTO GROUP LLC, a Nevada limited liability company, and KEVIN E. SHEPPARD, an individual,<br><br>        Defendants. | Case No. 3:24-cv-00268-MMD-CLB<br><br>**[proposed] JUDGMENT**<br><br>Judge:    Miranda M. Du |

On June 3, 2026, the Court issued an Order (the "June 3 Order") granting summary judgment in favor of plaintiffs Ally Financial Inc., Ally Bank, and Motor Insurance Corporation (collectively, "Plaintiffs") and against defendant Kevin Sheppard. Dkt. No. 91. Plaintiffs subsequently dismissed defendant Mountain West Auto Group LLC ("Mountain West") without prejudice. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Judgment is hereby entered in favor of Plaintiffs and against defendant Kevin E. Sheppard in the amount $6,581,459.93.

IT IS SO ORDERED.


DATED: _____                    _____

Hon. Miranda M. Du